UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA GOODWILL,<br><br>                        Plaintiff,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>                        Defendant. | Case No.:  22-cv-1645-JO-BGS<br><br>**AMENDED ORDER:**<br>   **(1) SCHEDULING SETTLEMENT**<br>        **DISPOSITION CONFERENCE**<br>   **(2) VACATING EARLY**<br>        **NEUTRAL EVALUATION**<br>        **AND CASE MANAGEMENT**<br>        **CONFERENCE**<br><br>[ECF 7] |

On January 17, 2023, the parties filed a Joint Notice of Settlement indicating this case has settled. (ECF 7.) The parties expect to dismiss the case within 45 days and request the Early Neutral Evaluation and Case Management Conference set for January 18, 2023 be vacated. (*Id.*) Accordingly, **IT IS HEREBY ORDERED**:

   1.   A Joint Motion to Dismiss must be electronically filed on or before **March 3, 2023**.[1]  On the same day the Joint Motion to Dismiss is filed, the proposed

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

        order for dismissal, for the signature of the Honorable Jinsook Ohta, must be emailed to Judge Ohta's chambers at efile_ohta@casd.uscourts.gov and Judge Skomal's chambers at efile_skomal@casd.uscourts.gov.[2]

2. If a Joint Motion to Dismiss and proposed order to dismiss are not submitted on or before **March 3, 2023**, then a Settlement Disposition Conference will be held on **March 9, 2023**, at **10:00 AM** before Judge Skomal. The conference shall be telephonic, with attorneys only. Counsel for Plaintiff shall initiate and coordinate the conference call.

3. If a Joint Motion to Dismiss and proposed order for dismissal are received on or before **March 3, 2023**, the Settlement Disposition Conference will be vacated.

4. The January 18, 2022 Early Neutral Evaluation and Case Management Conference is **VACATED**.

**IT IS SO ORDERED.**

Dated: January 17, 2023

                                                    Hon. Bernard G. Skomal
                                                    United States Magistrate Judge

---

[2] *See id.* § h, for the chambers' official email address and procedures on emailing proposed orders.